UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE A. ROSAS,

        Petitioner,

   v.

BRIAN DUFFY,

        Respondent.

Case No. 13-cv-05787-WHO (PR)

**ORDER EXTENDING TIME**

Respondent's motion to extend time to file a response to the petition (Docket Nos. 12 and 13) is GRANTED. The response shall be filed on or before September 22, 2014.

The Clerk shall terminate Docket Nos. 12 and 13.

**IT IS SO ORDERED.**

**Dated:** August 25, 2014

WILLIAM H. ORRICK
United States District Judge