UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE A. ROSAS,

    Petitioner,

    v.

BRIAN DUFFY,

    Respondent.

Case No. 13-cv-05787-WHO (PR)

**ORDER EXTENDING TIME**

Respondent's motion to extend time to file a response to the petition (Docket No. 21) is GRANTED. The response filed on November 7, 2014 is deemed timely filed.

Petitioner Rosas shall file his traverse, if any, on or before December 8, 2014.

The Clerk shall terminate Docket No. 21.

**IT IS SO ORDERED.**

**Dated:** November 12, 2014



WILLIAM H. ORRICK
United States District Judge