UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ROSAS,<br><br>        Petitioner,<br><br>   v.<br><br>JOHN RATHMAN, Warden,<br><br>        Respondent. | Case No. 13-cv-05787-HSG (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/17/2015

                                               HAYWOOD S. GILLIAM, JR.
                                               United States District Judge